PHILLIP A. TALBERT
United States Attorney
HADDY ABOUZEID
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:23-MJ-00115-JDP |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| v. | |
| SOPHONDARA HUN, | ) Judge: Hon. Kendall J. Newman |
| Defendant. | |

### STIPULATION

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for Preliminary Hearing on August 28, 2023.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until September 8, 2023, at 2:00 p.m.
3. The defendant made his initial appearance on August 14, 2023.
4. The defendant is presently in custody pending trial in this matter.

///

///

5. On August 22, 2023, the United States provided over 70 pages of reports and 10 body worn camera videos related to the criminal investigation of the defendant. Counsel for the defendant needs time to review the materials, conduct defense investigation, and consult with the defendant.

6. The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

7. The defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested." Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The parties jointly move to exclude time within which any indictment or information shall be filed from the date of this order, through and including September 8, 2023, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

8. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED**

Dated:  August 22, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ HADDY ABOUZEID
HADDY ABOUZEID
Assistant United States Attorney

Dated:  August 22, 2023

By:  /s/ NOA OREN
NOA OREN
Attorney for Defendant
(as authorized on August 22, 2023)

**ORDER**

IT IS SO FOUND AND ORDERED, this 22nd day of August 2023.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE